able suspicion be based on a sufficiently reliable informer's tip. I would grant certiorari for this reason and also because the reliability of an anonymous or unidentified tipster is an issue that has divided the Federal Courts of Appeals. Compare *United States* v. *McLeroy,* 584 F. 2d 746 (CA5 1978), and *United States* v. *Robinson,* 536 F. 2d 1298 (CA9 1976) (no reasonable suspicion), with *United States* v. *Hernandez,* 486 F. 2d 614 (CA7 1973) (*per curiam*) (reasonable suspicion), cert. denied, 415 U. S. 959 (1974). See also *United States* v. *Gorin,* 564 F. 2d 159 (CA4 1977), cert. denied, 434 U. S. 1080 (1978), and *United States* v. *Unverzagt,* 424 F. 2d 396 (CA8 1970) (identity of informer known but no proof of his reliability; reasonable suspicion found). The state courts are similarly divided. Accordingly, I dissent from the denial of certiorari.

No. 79–5940. TURNER *v.* MITCHELL, WARDEN, 445 U. S. 966;

No. 79–6057. GRAY *v.* UNITED STATES, *ante,* p. 911;

No. 79–6092. LILLIBRIDGE ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE, 445 U. S. 967;

No. 79–6171. ATTWELL ET AL. *v.* LaSALLE NATIONAL BANK ET AL., 445 U. S. 954;

No. 79–6178. BOALBEY *v.* KINDRED, *ante,* p. 912; and

No. 79–6186. NOE *v.* CIVILETTI, ATTORNEY GENERAL, ET AL., 445 U. S. 969. Petitions for rehearing denied.

MAY 22, 1980

No. 78–1653. NORTH CAROLINA WILDLIFE RESOURCES COMMISSION ET AL. *v.* EASTERN BAND OF CHEROKEE INDIANS. C. A. 4th Cir. Certiorari dismissed under this Court's Rule 60.